IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RONALD THOMAS | : | NO. 17-cv-0120 |
| *aka Ronald E. Thomas* | : | |

ORDER

AND NOW, this 9th day of March 2017, upon consideration of Plaintiff's Motion to Extend Time to Make Service (Doc. No. 2), it is hereby ORDERED that the motion is GRANTED. Plaintiff shall effectuate service on or before Monday, April 24, 2017.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.