## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                Plaintiff

        v.

RONALD THOMAS aka RONALD E.
THOMAS
                Defendant

Civil Action No:  17-00120

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

    Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

                    Respectfully submitted,
                    KML Law Group, P.C.

                    By: _____
                    Rebecca A. Solarz, Esquire
                    Pennsylvania Attorney I.D. No. 315936
                    Suite 5000 – BNY Independence Center
                    701 Market Street
                    Philadelphia, PA  19106-1532
                    (215) 825-6327